UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOMMY KEETON,

        Plaintiff,

    v.

J. MORA, et al.,

        Defendants.

Case No. 22-cv-03964-WHO (PR)

**ORDER OF DISMISSAL**

Pursuant to the parties' stipulation to voluntary dismissal with prejudice, this action is DISMISSED WITH PREJUDICE.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Dkt. No. 115.) As stated in the stipulation, the parties have resolved the case in its entirety and each party shall bear its own litigation costs and attorney's fees.  (*Id.*)

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

**Dated:** June 1, 2026



WILLIAM H. ORRICK
United States District Judge